IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**JASPREET SINGH**                                                                                      **PETITIONER**

**v.**                                              **CIVIL ACTION NO. 5:20-cv-79-TBM-MTP**

**WARDEN SHAWN R. GILLIS**                                                         **RESPONDENT**

### ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on submission of the Report and Recommendation [11] entered by United States Magistrate Judge Michael T. Parker on May 18, 2021. After considering the record and applicable law, Judge Parker recommends that the Petition for Writ of Habeas Corpus [1] be dismissed without prejudice for failure to prosecute and failure to comply with the Court's Order to Show Cause [9] filed on April 29, 2021. The Plaintiff has not filed an objection to the Report and Recommendation, and the time for filing an objection has expired.

"When a party fails timely to file written objections to the magistrate judge's proposed findings, conclusions, and recommendation, that party is barred from attacking on appeal the unobjected-to proposed findings and conclusions which the district court accepted, except for plain error." *Casas v. Aduddell*, 404 F. App'x 879, 881 (5th Cir. 2010) (citing *Douglas v. United Serv. Auto Ass'n*, 79 F.3d 1415, 1428-29 (5th Cir. 1996) (en banc); 28 U.S.C. § 636(b)(1)). Having considered Judge Parker's Report and Recommendation, the Court finds that it is neither clearly erroneous nor contrary to law.

IT IS THEREFORE ORDERED AND ADJUDGED that the Report and Recommendation [11] entered by United States Magistrate Judge Michael T. Parker on May 18, 2021, is ADOPTED as the opinion of the Court.

IT IS FURTHER ORDERED AND ADJUDGED that Plaintiff's Complaint [1] is DISMISSED WITHOUT PREJUDICE for failure to prosecute and failure to comply with the Court's order.

THIS, the 30th day of September, 2021.

                                                  TAYLOR B. McNEEL
                                                UNITED STATES DISTRICT JUDGE